# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | MAGISTRATE NO. |
| | : | |
| v. | : | |
| | : | |
| **GEORGE D. WHITLEY, JR.,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Destruction of Government Property) |

### INFORMATION

Case: 1:20-mj-00108
Assigned To : Meriweather, Robin M.
Assign. Date : 6/9/2020
Description: Misdemeanor Information (A)

The United States Attorney charges that:

### COUNT ONE

On or about May 28, 2020, within the District of Columbia, **GEORGE D. WHITLEY, JR.**, willfully and by means of hitting it with a brick, did attempt to injure and commit a depredation against property of the United States Marshals Service, specifically a 2020 Chevrolet Tahoe, and the resulting damage was less than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361) (Misdemeanor)

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:     /s/
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W., Suite 4112
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov