AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
George D. Whitley, Jr. )
) Case No.  20-108M-01 (RMM)
)
)
*Defendant* )

DOB:

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court 333 Constitution Avenue, NW Washington, DC 20001 | Courtroom No.:  7, 2nd. Flr., Prettyman Bldg. |
|---|---|
| | Date and Time:  09/11/2020 1:45 pm |

This offense is briefly described as follows:
Destruction of Government Property - 18 U.S.C. 1361

Date:  07/12/2020

ANGELA D. CAESAR, Clerk
BY:  _signature_  2020.07.12 21:15:24 -04'00'
*Issuing officer's signature*

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*