AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| George D. Whitley, Jr. | ) Case No. 20-108M-01 (RMM) |
| _Defendant_ | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☒ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.: 7, 2nd. Flr., Prettyman Bldg. |
|---|---|
| | Date and Time: 09/11/2020 1:45 pm |

This offense is briefly described as follows:
Destruction of Government Property - 18 U.S.C. 1361

Date: 07/12/2020

ANGELA D. CAESAR, Clerk
BY: _[signature]_   2020.07.12 21:15:53 -04'00'
_Issuing officer's signature_

Robin M. Meriweather, United States Magistrate Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☒ Returned this summons unexecuted

Date: 8/10/2020

_[signature]_
_Server's signature_

Chris Cannizzaro   DUSM
_Printed name and title_

**RECEIVED**
AUG 1 2 2020
Clerk, U.S. District and Bankruptcy Courts

AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case (Page 2)

Case No. 20-108M-01 (RMM)

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: George D. Whitley, Jr.

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 7/13/2020.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☒ The summons was returned unexecuted because: No answer at address. Leasing office confirmed he was not on lease at that apartment.

I declare under penalty of perjury that this information is true.

Date returned: 8/10/2020

Server's signature

Chris Camizzaro   OSSM
Printed name and title

Remarks: 1:05pm 8/10/2020 no answer Leasing office confirmed not on lease at that apt.